Order entered January 17, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01656-CR

**SHENEQUA LICOLE BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59385-U**

## ORDER

On November 26, 2013, this Court ordered appellant to file his brief by January 6, 2014. We further warned that if the brief was not filed by that date, we would order that J. Daniel Oliphant be removed as appellant's attorney and we would order the trial court to appoint new counsel to represent appellant. To date, we have not received appellant's brief nor has Mr. Oliphant communicated with the Court regarding the appeal.

Accordingly, this Court **ORDERS** J. Daniel Oliphant removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit the order appointing counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; J. Daniel Oliphant; and the Dallas County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated within fifteen days of the date of this order or when the order appointing new counsel is received.

/s/     LANA MYERS
         JUSTICE